■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO GUAYARA, Appellant. [993 NYS2d 515]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Kahn, J.), imposed May 22, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Chambers and Austin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v ANTONIO HERNANDEZ, Defendant. [993 NYS2d 517]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Richmond County, rendered March 24, 2011.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Skelos, J.P., Dickerson, Maltese and LaSalle, JJ., concur.